**Cottonwood Heights Police Record Request GRAMA**
2277 E Bengal Blvd; Suite B, Cottonwood Heights, Utah, 84121
Phone: (801) 944-7100        Fax: (801) 944-7105

**Requestor Information:**

Name: Aaron M. James       Date of Birth       March 16, 1975

Street Address: 2881 East Palma Way

City: Cottonwood Heights       State: UT       Zip Code: 84121

Daytime Phone: 801-719-9132       Email: amjames25@hotmail.com

**REQUESTED RECORD STATUS (check all that apply)**
☐ I am an involved party in a traffic accident.
☐ I am the subject/involved party of the requested record.
☐ I am the provider of the information in the requested record.
☒ I am the parent or legal guardian of the subject of the requested record.
☒ I have a "Power of Attorney" or notarized release from the subject of the record or from the provider of the information in the requested record. (Documentation Required)
☐ I would like to inspect (view) the records.
☐ Other-Please Explain _____

CHPD Case Number(s) 16X007387, 16X004948  1) Unknown Case # - Zane James Suspect in Investigation for Cottonwood Heights (2016) Rec Center Theft; 2) C14858377 → Zane James _ Dec 24, 2016; 3) 18X003056 # - Zane James Cottonwood Heights Police Shooting May 29, 2018.
Description of the Requested Record(s) Please Be Specific    All records/documents associated with cases identified above including but not limited to, video, photos, witness testimony, officer statements, radio communication transcripts and support documents _____

**PLEASE READ THE FOLLOWING BEFORE SIGNING THIS REQUEST**

*The records that may be provided to you, subsequent to your request, may contain information that is classified as "protected", "private", or "controlled", and may only be disclosed under certain circumstances,* UCA 63G-2-302, UCA 63G-2-303, 63G-2-304, *and* 63G-2-305.

*I will allow a maximum of ten10 working days to compile the record, or 5 days with written documentation that shows why I am entitled to an expedited response as per UCA 63G-2-2-204 (3)(b).*

*I understand I may be responsible for the fees associated with the research and copies of this report in accordance with Cottonwood Heights Fee Schedule.*

_____  both requests    Nov 13, 2018  4:00pm
Signature                                   Date and Time of Request

Preparer: _____ Aaron James   Fee Due: $105.00   Date Requestor notified: 12-11-18
Released by: UTDL # 177648139        Release Date: _____

Denied by: _____  Denied On: _____  Due To: _____  Code: _____

**Cottonwood Heights Police Record Request GRAMA**
2277 E Bengal Blvd; Suite B, Cottonwood Heights, Utah, 84121
Phone: (801) 944-7100                    Fax: (801) 944-7105

| **Requestor Information:** |
|---|
| Name: Aaron M. James                                       Date of Birth          March 16, 1975 |
| Street Address: 2881 East Palma Way |
| City: Cottonwood Heights              State: UT              Zip Code: 84121 |
| Daytime Phone: 801-719-9132         Email: amjames25@hotmail.com |

| **REQUESTED RECORD STATUS (check all that apply)** |
|---|
| ☐ I am an involved party in a traffic accident. |
| ☐ I am the subject/involved party of the requested record. |
| ☐ I am the provider of the information in the requested record. |
| ☐ I am the parent or legal guardian of the subject of the requested record. |
| ☐ I have a "Power of Attorney" or notarized release from the subject of the record or from the provider of the information in the requested record. (Documentation Required) |
| ☒ I would like to inspect (view) the records. |
| ☒ Other-Please Explain  _I WOULD LIKE COPIES OF THE DOCUMENTS BELOW IDENTIFIED BELOW._ |
| CHPD Case Number(s)  N/A |
| Description of the Requested Record(s) Please Be Specific  Current CHPD Policies and Procedures and associated guidance documents and support materials associated with CHPD Policies and Procedures.  _training materials / guidelines   related to cited cases_ |

**PLEASE READ THE FOLLOWING BEFORE SIGNING THIS REQUEST**

*The records that may be provided to you, subsequent to your request, may contain information that is classified as "protected", "private", or "controlled", and may only be disclosed under certain circumstances, UCA 63G-2-302, UCA 63G-2-303, 63G-2-304, and 63G-2-305.*

*I will allow a maximum of ten10 working days to compile the record, or 5 days with written documentation that shows why I am entitled to an expedited response as per UCA 63G-2-2-204 (3)(b).*

*I understand I may be responsible for the fees associated with the research and copies of this report in accordance with Cottonwood Heights Fee Schedule.*

_____ (signature)   (both requests)   Nov 13 2018  4:00 pm
Signature                                                  Date and Time of Request

| Preparer: _____ Fee Due: $105.00  Date Requestor notified: 12-11-18 |
| Released by: Aaron James UTDL #177648139   Release Date: _____ |
| Denied by: _____  Denied On: _____  Due To: _____  Code: _____ |

Michael J Peterson, Mayor       **COTTONWOOD HEIGHTS**       E. Robby Russo, Chief
**POLICE DEPARTMENT**



December 11, 2018

Aaron M. James
2881 East Palma Way
Cottonwood Heights, UT  84121

**RE: Request for Records (x2)**

      Your First Request:

"1)Unknown Case # -Zane James Supect in Investigation for Cottonwood Heights (2016) Rec Center Theft" –
      Case Determined by Records Officer to be **16X004948**.
"2) C14858377 – Zane James Dec 24, 2016"-
      Citation Number given, Related Case Number Determined by Records Officer to be **16X007387**.
"3) **18X003056** # - Zane James Cottonwood Heights Police Shooting May 29, 2018".
"All records/documents associated with cases identified above including but not limited to, video, photos, witness testimony, officer statements, radio communication transcripts and support documents."

Regarding Case #16X004948:
      Associated records/documents-*police report*
      Video-*no video available*
      Photos-*15 photos, 1 audio interview*
      Witness testimony – *Court Process, not a police record.*
      Officer statements-*all available officer statements will be included in police report*
      Radio communication transcripts-*included in police report*
      Support documents-*all available media and/or documentation enclosed*

Regarding Case #16X007387
      Associated records/documents-*police report*
      Video-*Processing in progress. Specialist Jones will contact you with Fees*
      Photos-*30 photos*
      Witness testimony- *Court Process, not a police record.*
      Officer statements-*all available officer information will be included in police report*
      Radio communication transcripts-*included in police report*
      Support documents-*witness statements*

Regarding Case #18X003056
      Associated records/documents-*police report*
      Video- *Processing in progress. Specialist Jones will contact you with Fees*
      Photos-*36 photos*
      Witness testimony- *Court Process, not a police record.*
      Officer statements-*included in police report*
      Radio communication transcripts-*included in police report*
      Support documents-*No other documents available*

Your Second Request:

*"I would like copies of the documents…Current CHPD Policies and Procedures and associated guidance documents and support materials associated with CHPD Policies and Procedures"*.

Regarding "*guidance documents and support materials*", Peace Officers in the State of Utah receive their certification through POST or Utah Peace Officer Standards and Training.  POST contact information provided.

Utah Peace Officer Standards and Training
410 West 9800 South
Sandy, UT 84070
801-256-2300

The remainder of this request has been denied based on the following:

*Effective 3/22/2018*
**63G-2-301.  Public records.**
 (3) The following records are normally public, but to the extent that a record is expressly exempt from disclosure, access may be restricted under Subsection 63G-2-201(3)(b), Section 63G-2-302, 63G-2-304, or 63G-2-305:
   (a) administrative staff manuals, instructions to staff, and statements of policy;

Additionally, under Utah law, discovery may not be distorted into a "fishing expedition," and must "be confined within the proper limits of enabling the parties to find out essential facts for its legitimate objective." *State Road Comm. V. Petty,* 412 P2d 914, 918 (Utah 1966). The request is overbroad and unreasonable. The resources needed to comply with this request constitute an undue burden.
 Per 63G-2-201(8)(a) In response to a request, a governmental entity is not required to:
(ii) compile, format, manipulate, package, summarize, or tailor information;

You have the right to appeal this denial. If you are aggrieved by this response, pursuant to Utah Code Ann. § 63G-2-401 and Cottonwood Heights Code of Ordinances § 2.200.250, you may file a written appeal with the Chief of Police, Chief Robby Russo, at 2277 East Bengal Blvd, Suite B Cottonwood Heights, UT 84121, within 30 days of the date on this letter.

If you have any questions, you may contact me at 801-944-7031.

Regards,


Julie Sutch CH523
Officer Records Division/Evidence
Support Services Specialist
Cottonwood Heights Police
jsutch@ch.utah.gov
801-944-7031

2277 East Bengal Blvd, Suite B Cottonwood Heights, UT 84121