

# No criminal charges for Cottonwood Heights officers who fatally shot robbery suspect

by Cristina Flores
Tuesday, October 9th 2018





Salt Lake County District Attorney Sim Gill said after investigating, he will not pursue criminal charges against Cottonwood Heights Police Officer Casey Davies, who shot and killed Zane Anthony James on May 29. (Photo: KUTV)



(KUTV) — Salt Lake County District Attorney Sim Gill said after investigating, he will not pursue criminal charges against Cottonwood Heights Police Officer Casey Davies, who shot and killed Zane Anthony James on May 29.

Zane was suspected in two robberies and was running from police, reportedly concealing his hands and "reaching" when Davies shot him.

Gill said Davies would be able to claim successfully at trial that he believed the "use of deadly force was necessary to prevent death or serious bodily injury to the officer or another person."



Cottonwood Heights Police Chief Robbie Russo said Davies was on his way to work when the shooting happened — he'd not yet made it to the police station to pick up his camera.

James was the suspect in two early morning robberies on May 27 in Sandy.

In both cases, a man showed a gun to hold up staff at grocery stores, then took off with cash.

Later that morning, according to the DA's report, the robbery suspect was spotted in Cottonwood Heights.



Salt Lake County District Attorney Sim Gill said after investigating, he will not pursue criminal charges against Cottonwood Heights Police Officer Casey Davies, who shot and killed Zane Anthony James on May 29. (Photo: KUTV)

Officer Betenson from Cottonwood Heights pursued the suspect, who was on a motorcycle.

Davies joined the chase.

   

"As the driver ran, officers saw him reaching into and digging through his pockets and clothing,"

The officers ordered James to stop, but he continued to dig through his pockets.

After the shooting, officers found a BB gun on the suspect.

Russo issued a statement regarding Gill's findings.

"Mr. Gill's ruling is consistent with the CHPD's own internal affairs investigation, which concluded that Officer Davies acted within policy and with the boundaries of the law," Russo said in a statement.



Salt Lake County District Attorney Sim Gill said after investigating, he will not pursue criminal charges against Cottonwood Heights Police Officer Casey Davies, who shot and killed Zane Anthony James on May 29. (Photo: KUTV)

**MORE TO EXPLORE**

**Police: Doorbell video captures woman raping 2 young boys**





2KUTV WATCH

96° 93° 95°

**Documents: Tammy Daybell was still alive when children's remains buried on Idaho**

Search Site

**Woman sentenced for death of baby, fathered by step-father, she birthed as young teen**

**SPONSORED CONTENT**

**Before You Renew Amazon Prime, Read This**
Wikibuy

**These Beloved TV Are Now Canceled. Effective Immediately:**
investing.com

**Utah Launches New Policy For Cars Used Less Than 50 Miles/Day**
Insurance Hunter

Sponsored Links by Taboola

ADVERTISEMENT

Loading ...

Salt Lake County District Attorney Sim Gill said after investigating, he will not pursue criminal charges against Cottonwood Heights Police Officer Casey Davies, who shot and killed Zane Anthony James on May 29. (Photo: KUTV)

ADVERTISING



Gill said he made his decision based on physical evidence and statements from other police officers who responded to the scene.

One officer's body camera video was also submitted as evidence, but that video did not show the shooting.