# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES, and COTTONWOOD HEIGHTS;<br><br>　　　　Defendants. | **DECLARATION OF E. ROBBY RUSSO**<br><br><br>Case No. 2:19CV341 HCN DBP<br><br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

　　　　E. ROBBY RUSSO declares as follows:

　　　　1.　　　　I am over the age of eighteen and have personal knowledge of the following.

　　　　2.　　　　I am Chief of Police of the Cottonwood Heights Police Department. I have held that position since 2008.

　　　　3.　　　　I have not seen any video footage (body camera, dash camera, etc.) of the actual shooting of Zane James (as opposed to video footage following the shooting, including post-shooting response).

　　　　4.　　　　I did not speak to Tiffany James on August 4, 2020. In fact, I have never formally spoken with Tiffany James.

　　　　5.　　　　I have never told Ms. James that Cottonwood Heights has or had video footage of the actual shooting of Zane James. I am not aware of any such footage and do *not* believe such footage exists.

6. There is video footage of a different, non-lethal shooting involving Cottonwood Heights Police Department that occurred in September 2017. That footage is *not* from the incident involving Zane James.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 19th day of August, 2020, in Salt Lake County, Utah.

*E R Russo*
E. Robby Russo

2