# Exhibit 3

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James, | **DECLARATION OF CASEY DAVIES** |
| Plaintiffs, | Case No. 2:19CV341 HCN DBP |
| vs. | |
| CASEY DAVIES, and COTTONWOOD HEIGHTS; | Judge Howard C. Nielson, Jr. Magistrate Judge Dustin B. Pead |
| Defendants. | |

CASEY DAVIES declares as follows:

1. I am over the age of eighteen and have personal knowledge of the following.

2. I am a police officer with the Cottonwood Heights Police Department. I have been a police officer with that department since 2008-2018.

3. I was not wearing my body camera during the incident involving Zane James on the morning of May 29, 2018. I had been on my way to work at the time and had not yet gotten to the police station to pick up my body camera.

4. I have not seen any video footage (body camera, dash camera, etc.) of the actual shooting of Zane James (as opposed to video footage following the shooting, including post-shooting response).

5. I am not aware of any such footage of the shooting of Zane James and do not believe such footage exists.

6. I did not speak to Tiffany James on August 4, 2020. In fact, ==I have never spoken directly with her==.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 14th day of August, 2020, in Salt Lake County, Utah.

_____
Casey Davies

2