# Exhibit 4

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES, and COTTONWOOD HEIGHTS;<br><br>Defendants. | **DECLARATION OF BRYAN BETENSON**<br><br>Case No. 2:19CV341 HCN DBP<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

BRYAN BETENSON declares as follows:

1. I am over the age of eighteen and have personal knowledge of the following.

2. I was a police officer with the Cottonwood Heights Police Department from August 2011 to August 2018.

3. I was not wearing my body camera during the incident involving Zane James on the morning of May 29, 2018. I did not have my body camera with me because I had just gone off duty and was on my way home prior to observing the motorcycle.

4. I have not seen any video footage (body camera, dash camera, etc.) of the actual shooting of Zane James (as opposed to video footage following the shooting, including post-shooting response).

5. I am not aware of any such footage of the shooting of Zane James and do not believe such footage exists.

6.    I did not speak to Tiffany James on August 4, 2020. In fact, I have never spoken directly with her since the incident took place.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 14th day of August, 2020, in Salt Lake County, Utah.

Bryan Betenson

2