# Exhibit 5

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES, and COTTONWOOD HEIGHTS;<br><br>Defendants. | **DECLARATION OF MICHAEL J. PETERSON**<br><br>Case No. 2:19CV341 HCN DBP<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

MICHAEL J. PETERSON declares as follows:

1. I am over the age of eighteen and have personal knowledge of the following.

2. I am the Mayor of Cottonwood Heights. I have held that office since January 2018.

3. I have not seen any video footage (body camera, dash camera, etc.) of the actual shooting of Zane James (as opposed to video footage following the shooting, including post-shooting response).

4. I did not speak to Tiffany James on August 4, 2020. In fact, I have not spoken to her since August 2, 2020.

5. I have never told Ms. James that Cottonwood Heights has or had video footage of the actual shooting of Zane James. I am not aware of any such footage and do *not* believe such footage exists.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 13th day of August, 2020, in Salt Lake County, Utah.

_____
Michael J. Peterson