# Exhibit 6

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James, | **DECLARATION OF TIM TINGEY** |
| Plaintiffs, | Case No. 2:19CV341 HCN DBP |
| vs. | |
| CASEY DAVIES, and COTTONWOOD HEIGHTS; | Judge Howard C. Nielson, Jr. Magistrate Judge Dustin B. Pead |
| Defendants. | |

TIM TINGEY declares as follows:

1. I am over the age of eighteen and have personal knowledge of the following.

2. I am the City Manager of Cottonwood Heights City. I have held that position since October 15, 2018.

3. I have not seen any video footage (body camera, dash camera, etc.) of the actual shooting of Zane James (as opposed to video footage following the shooting, including post-shooting response).

4. I did not speak to Tiffany James on August 4, 2020. In fact, I do not recall speaking with her for over a year.

5. I have never told Ms. James that Cottonwood Heights has or had video footage of the actual shooting of Zane James. I am not aware of any such footage and do *not* believe such footage exists.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

DATED this 14th day of August, 2020, in Salt Lake County, Utah.

_____
Tim Tingey