Michael W. Young, USB #12282
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
MYoung@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Natalie Bruce*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, as heirs and proposed personal representatives of the estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES, an individual, and COTTONWOOD HEIGHTS<br><br>Defendants. | **DECLARATION OF TALI BRUCE**<br><br>Case No. 2:19-cv-00341-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

I, Natalie "Tali" Bruce, declare as follows:

1. I am over the age of 18 and have personal knowledge of the information set forth in this declaration. I could and would testify regarding the facts set forth in this declaration if called to do so.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of email correspondence between me, Mayor Michael Peterson, Cottonwood Heights City Council, and City Manager, John Park dated June 1, 2018 through June 4, 2018.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of an email from me to Mayor Michael Peterson, Cottonwood Heights City Council, and Chief Robby Russo dated June 13, 2018.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

EXECUTED on September17, 2020.

Natalie "Tali" Bruce

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ *Michael W. Young*

PBL\4847-1617-6842.v1-9/17/20

# EXHIBIT 1

**Tali Bruce**

**From:** Tali Bruce
**Sent:** Monday, June 4, 2018 9:52 PM
**To:** Shane Topham
**Subject:** Re: emergency closed session?

On Mon, Jun 4, 2018 at 5:30 PM -0600, "Shane Topham" <WTopham@joneswaldo.com> wrote:

Tali—

Shane

**WM. SHANE TOPHAM | ATTORNEY**
170 S. Main Street, Suite 1500 Salt Lake City, UT 84101-1644
tel+801.534.7254 fax+801.328.0537
WTopham@joneswaldo.com | bio | joneswaldo.com

CONFIDENTIALITY NOTICE: The content of this e-mail is confidential and proprietary and may be attorney-client privileged. If you are not the intended recipient, please destroy it and notify WTopham@joneswaldo.com.

**From:** Tali Bruce <TBruce@cottonwoodheights.utah.gov>
**Sent:** Friday, June 1, 2018 1:59 PM
**To:** MAYOR AND COUNCIL <MAYORANDCOUNCIL@cottonwoodheights.utah.gov>; John Park <JPark@cottonwoodheights.utah.gov>
**Cc:** Shane Topham <WTopham@joneswaldo.com>
**Subject:** emergency closed session?

John,

What is the status of this officer involved shooting? I don't know if others have been briefed but I have not had a single update. Was this a rookie officer? Was it an older officer? Is the officer receiving mental and emotional support? Does this officer have other shootings in his past?
I suggest that we have an emergency closed session meeting to get briefed on what is transpiring?
A KSL article that came out 20 hours ago indicated that this young man was arrested on two different armed robbery incidents, here in CH, over a year ago and that due to botched evidence the cases were dismissed. If I'm reading this correctly, this young man should have/would have been off the streets over a year ago had errors not been made.
John, are you actively managing this? Why has your governing body not been briefed? When should I expect an update?

The link to the article is below:

"Due to "evidence issues," however, two counts of aggravated robbery that were filed for the incidents at Subway and GameStop were dismissed in September, according to court records."

https://www.ksl.com/article/46331520/man-shot-by-cottonwood-heights-officer-dies-from-injuries

Tali

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# EXHIBIT 2

**Tali Bruce**

**From:** Tali Bruce
**Sent:** Wednesday, June 13, 2018 8:13 AM
**To:** MAYOR AND COUNCIL
**Cc:** Robby Russo
**Subject:** Question

I apologise. I should have asked this last night but my brain was exhausted.
Was a Tazer not an option with the pursuit?

Tali

Get Outlook for Android