Sam Meziani (9821)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
smeziani@gapclaw.com

Patrick A. Shea (2929)
Patrick A. Shea, P.C.
2568 S. Elizabeth St., #4
Salt Lake City UT  84106
pas@patshealaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES and COTTONWOOD HEIGHTS,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Case No. 2:19-cv-00341<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Plaintiffs Aaron and Tiffany James, through counsel and pursuant to DUCivR 7-3, submit Defendant Davies' Memorandum on Use of Garrity Statements for decision.

1. On January 13, 2021, the court ordered Officer Davies to file a memorandum regarding the use of Garrity statements.

2. Officer Davies filed his memorandum on January 27, 2021. (Dkt. 76).

3. Plaintiffs filed their response to February 22, 2021. (Dkt. 83)

4. Officer Davies filed his reply on March 11, 2021. (Dkt. 86).

5. The matter is ready for decision.

6. Plaintiffs request oral argument.

*/s/ Sam Meziani*
*Attorneys for Plaintiffs*
