Sam Meziani (9821)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT 84111
Telephone: 801.441.9393
smeziani@gapclaw.com

Patrick A. Shea (2929)
Patrick A. Shea, P.C.
2568 S. Elizabeth St., #4
Salt Lake City UT 84106
pas@patshealaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES and COTTONWOOD HEIGHTS,<br><br>Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br>**DUCivR 7-1(b)(4)**<br><br>Case No. 2:19-cv-00341<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Plaintiffs Aaron and Tiffany James, through counsel and in accordance with DUCivR 7-1(b)(4), hereby provide notice of the following supplemental authorities in advance of the July 7, 2021 hearing on *Garrity* issues:

The following United States Supreme Court and Northern District of Oklahoma authorities concern the use of immunized testimony in civil cases, which relates to arguments in

Plaintiff's supporting memorandum at pages 3-5, and in Defendant's reply memorandum at pages 5-6.

1. *U.S. v. Apfelbaum*, 445 U.S. 115, 125 (1980)

    *"This Court has never held, however, that the Fifth Amendment requires immunity statutes to preclude all uses of immunized testimony. Such a requirement would be inconsistent with the principle that the privilege does not extend to consequences of a noncriminal nature, such as threats of liability in civil suits, disgrace in the community, or the loss of employment."*

2. *U.S. v. Sutton*, 1983 WL 1121, *3 (N.D. Okl.)

    "It is also clear from *Kastigar* the immunized incriminating testimony can be used in a subsequent civil proceeding although obviously not in a subsequent criminal proceeding."

        DATED: July 6, 2021

                */s/ Sam Meziani*
                *Attorney for Plaintiffs*