JEFFREY C. JENSEN (Bar No. 16073)
**NELSON JONES, PLLC**
8941 South 700 East, Suite 203
Sandy, Utah 84070
Telephone: (801) 981-8779
Email: jeff@nelsonjoneslegal.com

*Attorney for Defendant Casey Davies*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTERAL DIVISION

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY DAVIES and COTTONWOOD HEIGHTS,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:19-cv-00341 HCN DBP<br><br>Honorable Judge Howard C. Nielson<br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 74(a) of the Utah Rules of Civil Procedure Jeffrey C. Jensen and the law firm of Nelson & Jones, PLLC hereby withdraw as counsel for the above-named Defendant. Counsel filed a limited entry of appearance and has fulfilled the agreed-upon terms of his representation. Defendant's last known address is: 7061 W. Boston Park Lane West Jordan, Utah 84081.

DATED this 13th day of July 2021.

                                                    **NELSON & JONES, PLLC**

                                                    By: */s/ J.C. Jensen*
                                                          Jeffrey C. Jensen

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July 2021, a true copy of the foregoing was served by the method indicated below to the following:

| | |
|---|---|
| Sam Meziani<br>GOEBEL ANDERSON PC<br>405 S. Main St., Ste. 200<br>Salt Lake City, UT 84111<br><br>*Attorney for Plaintiff* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-File<br>( ) Email |
| Patrick A. Shea<br>Patrick A. Shea, P.C.<br>2568 S. Elizabeth St., #4<br>Salt Lake City, UT 84106<br><br>*Attorney for Plaintiff* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-File<br>( ) Email |
| Michael W. Young<br>PARSONS BEHLE & LATIMER<br>201 S. Main St., Ste. 1800<br>Salt Lake City, UT 84111<br><br>*Attorney for Tali Bruce* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-File<br>( ) Email |
| Heather S. White<br>Dani N. Capernich<br>Taylor P. Kordsiemon<br>SNOW CHRISTENSEN & MARTINEAU<br>10 Exchange Place, Eleveth Floor<br>Salt Lake City, UT 84145<br><br>*Attorneys for Defendants* | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>(X) E-File<br>( ) Email |
| Casey Davies<br>7061 W. Boston Park Lane<br>West Jordan, UT 84081<br><br>*Defendant* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile<br>( ) E-File<br>(X) Email |

/s/ Alyssa Rowe