Sam Meziani (9821)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
smeziani@gapclaw.com

Patrick A. Shea (2929)
Patrick A. Shea, P.C.
2568 S. Elizabeth St., #4
Salt Lake City UT  84106
pas@patshealaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Personal Representatives of the Estate of Zane James,<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES and COTTONWOOD HEIGHTS,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:19-cv-00341<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Notice is hereby given that Patrick A. Shea of Patrick A. Shea, P.C. withdraws as counsel for Plaintiffs in the above-referenced matter and requests to be removed from the Court's service list.  Sam Meziani of GOEBEL ANDERSON PC remains as counsel of record for Plaintiffs.

Dated this 16th day of July, 2021.

      /s/ Patrick A, Shea
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2021, I electronically filed a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** via electronic court filing system (ECFS), which sent notification to all counsel on record.

*Nina Frese*

Paralegal for Patrick A. Shea