Taylor P. Kordsiemon (17257)
**KIRTON McCONKIE**
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
tkordsiemon@kmclaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, heirs and proposed personal representatives of the Estate of Zane James,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CASEY DAVIES, an officer of the Cottonwood Heights Police Department; and COTTONWOOD HEIGHTS, UTAH,<br><br>　　　Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>Case No. 2:19-CV-00341 HCN DBP<br><br>Honorable Judge Howard C. Nielson<br>Magistrate Judge Dustin B. Pead |

　　　Pursuant to DUCivR 83-1.4(b), notice is hereby given that Taylor P. Kordsiemon of Kirton McConkie withdraws as counsel for Defendants in the above-captioned matter and requests to be removed from the Court's service list.  Heather S. White and Dani N. Cepernich of Snow, Christensen & Martineau remain as counsel of record for Defendants.  Both Ms. White and Ms. Cepernich are aware of all pending deadlines and trial dates.

　　　DATED this 28th day of July 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　**KIRTON McCONKIE**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Taylor P. Kordsiemon*

                                                                         Taylor P. Kordsiemon
*Attorney for Defendants*