# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Personal Representatives of the Estate of Zane James and in their individual capacities;<br><br>Plaintiffs,<br><br>vs.<br><br>CASEY DAVIES, and CITY OF COTTONWOOD HEIGHTS,<br><br>Defendants. | ORDER GRANTING PLAINTIFFS LEAVE TO FILE OVER-LENGTH MEMORANDUM IN OPPOSITION<br><br>Case No. 2:19-cv-00341<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

The Court, having considered Plaintiffs' Motion for Leave to File an Over-length Memorandum in Opposition to Defendant Casey Davies' Motion to Dismiss – Qualified Immunity (ECF No. 146), and for good cause appearing,

**IT IS HEREBY ORDERED:**

Plaintiffs Motion is GRANTED. Plaintiffs may file a Memorandum in Opposition to Defendant Casey Davies' Motion to Dismiss – Qualified Immunity (Doc. 120) not to exceed 50 pages, exclusive of face sheet, table of contents, and the signature block.

DATED this 16th day of March, 2022.

BY THE COURT:

_____
Judge Dustin B. Pead
U.S. Magistrate Judge