# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| AARON JAMES and TIFFANY JAMES, Heirs and Proposed Personal Representatives of the Estate of Zane James,<br><br>　　　　　*Plaintiffs,*<br>vs.<br><br>CASEY DAVIES, and COTTONWOOD HEIGHTS;<br>　　　　　*Defendants.* | **ORDER GRANTING DEFENDANT CASEY DAVIES'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 2:19-CV-341 HCN DBP<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed Defendant Casey Davies's Motion for Extension of Time, and for good cause appearing therein, hereby GRANTS the same. (ECF No. 128.) The date for Davies to file Motion for Protective Order is hereby extended to the later of (a) one week after the parties have met and conferred, or (b) one week after the Defendants receive the Court transcripts from the July 7, 2021 hearing addressing the use of *Garrity* derived statements.

Dated this 22nd day of March, 2022.

BY THE COURT:

_____
Dustin B. Pead
United States District Court Magistrate Judge